IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02613-PAB-CBS

CHARLES SCHWAB & CO., INC.,

    Plaintiff,

v.

FRANKLIN PORTILLO,

    Defendant.

## ORDER OF RECUSAL

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Complaint on October 26, 2010. Pursuant to the Order of Reference dated October 27, 2010 (doc. # 5), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned." This court has investments by and through Plaintiff that might reasonably raise questions about my impartiality. Accordingly, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

DATED at Denver, Colorado, this 29th day of October, 2010.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge