IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02613-PAB-CBS

CHARLES SCHWAB & CO., INC.,

    Plaintiff,

v.

FRANKLIN PORTILLO,

    Defendant.

## ORDER

This matter is before the Court on plaintiff's motion for preliminary injunction [Docket No. 6]. A hearing on this motion is currently set before the Court for November 29, 2010. On November 16, 2010, defendant filed a Statement of Agreement to Relief Requested in Plaintiff's Motion for Preliminary Injunction [Docket No. 21], wherein defendant agreed to the injunctive relief requested by plaintiff. That same day, Magistrate Judge Kristen L. Mix held a discovery hearing during which defendant stipulated to the relief requested in plaintiff's motion for preliminary injunction.

Additionally, defendant's Statement indicates his agreement to proceed to arbitration, Docket No. 21 at 2-3, and concedes that the dispute is arbitrable before FINRA. Docket No. 21 at 1.

Accordingly, it is

**ORDERED** that plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 6] is denied as moot. It is further

**ORDERED** that the preliminary injunction hearing scheduled for November 29, 2010 is vacated.  It is further

**ORDERED** that on or before **Monday, November 29, 2010**, the parties shall show cause why this case should not be stayed and administratively closed, pursuant to D.C.COLO.LCivR 41.2, pending arbitration.

DATED November 17, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge