IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02613-PAB-KLM

CHARLES SCHWAB & CO., INC.,

    Plaintiff,

v.

FRANKLIN PORTILLO,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the parties' statement regarding the status of the case [Docket No. 25] and its attached proposed Stipulated Order. On November 16, 2010, Magistrate Judge Kristin L. Mix accepted defendant's stipulation to the injunctive relief requested by plaintiff [Docket No. 23]. On November 17, 2010, this Court denied plaintiff's motion for injunctive relief as moot [Docket No. 24]. The Court ordered the parties to show cause on or before November 29, 2010 why this case should not be stayed and administratively closed, pursuant to D.C.COLO.LCivR 41.2, pending arbitration. Parties' stipulated order states that the parties have conferred and agree to injunctive relief and to the case being stayed and administratively closed pending arbitration.

Pursuant to the stipulated order, the parties agree to forego an expedited injunctive hearing pursuant to FINRA Rule 13804(b)(1) and will proceed to a final hearing on the merits of the parties' non-injunctive claims before the FINRA panel appointed to this case

consistent with a schedule to be set by the panel.  Each party and any potentially impacted non-party reserves its and/or his right to request or oppose any and all discovery in connection with the FINRA arbitration.

Through this Order and the parties' stipulated order, the parties have resolved the parties' injunctive relief claims without prejudice to any argument or position taken by any party in this civil action or the related arbitration relating to the parties' damages claims.  The parties have agreed that nothing contained in the stipulated order shall be construed as a concession of liability on the remaining claims for damages in the related arbitration action and that nothing contained therein shall be construed as an admission of wrongdoing.

Accordingly, it is

**ORDERED** that, pursuant to the parties' Stipulated Order [Docket No. 25, Attach. A], defendant Franklin Portillo is enjoined from:

(A) soliciting or inducing any employee or contingent worker of Charles Schwab & Co., Inc. ("Schwab") to leave his or her employment with Schwab; and

(B) destroying, erasing, or otherwise making unavailable for further proceedings in this matter or the related arbitration, any records or documents (including data or information maintained in computer files or other electronic storage media) in Portillo's possession or control which relate to any of the events alleged in the complaint in this action.  It is further

**ORDERED** that the stipulation set forth above shall remain in effect through and until 11:59 p.m. on December 1, 2011, at which time it shall expire and be of no further force or effect.  Any continuing obligations defendant may have pursuant to terms of any

contracts with plaintiff will not be affected by the expiration of the injunction.  The Court shall retain jurisdiction with respect to any of its Orders.  It is further

**ORDERED** that the case is **STAYED**.  It is further

**ORDERED** that this case shall be administratively closed, pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown.  If no action is taken to reopen this case before December 1, 2011, the case will be dismissed without prejudice without any further notice to either party.

DATED November 30, 2010.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge